Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *you* to ask for information from both debtors. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Martin**<br>First name<br><br>**Anthony**<br>Middle name<br><br>**Mendiola**<br>Last name and Suffix (Sr., Jr., II, III) | **Virginia**<br>First name<br><br>**Ellen**<br>Middle name<br><br>**Morrison**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2407 | xxx-xx-2045 |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | | |
| | | EIN | EIN |

| | | | |
|---|---|---|---|
| 5. | **Where you live** | **11380 Travis Place**<br>**San Diego, CA 92126**<br>Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code |
| | | **San Diego**<br>County | County |
| | | If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. |
| | | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

      - ☐ No. Go to line 12.

      - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

■ Yes. Name and location of business

**Uber Driver**
Name of business, if any

**1725 3rd Street**
**San Francisco, CA 94158**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,000 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Martin Anthony Mendiola** | **Virginia Ellen Morrison** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on 11/5/2025 | Executed on 11/5/2025 |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Martin Anthony Mendiola** | | |
|---|---|---|---|
| Debtor 2 | **Virginia Ellen Morrison** | Case number *(if known)* | |

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

Date    11/5/2025

_____
Signature of Attorney for Debtor

MM / DD / YYYY

**Michael N. Nicastro 161188**
Printed name

**Nicastro & Associates, P.C.**
Firm name

**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 534-6990**      Email address    **courtfiling@nicastropc.com**

**161188 CA**
Bar number & State

| | | | |
|---|---|---|---|
| Debtor 1 | **Martin Anthony Mendiola** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 950,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $ 1,109,106.48 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $ 2,059,106.48 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 558,408.09 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 2,147,420.00 |
| **Your total liabilities** | $ 2,705,828.09 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $ 8,971.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $ 8,235.21 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From **Part 4** on *Schedule E/F*, copy the following: | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Virginia Ellen Morrison** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**11380 Travis Pl**
Street address, if available, or other description

**San Diego**    **CA**    **92126-0000**
City    State    ZIP Code

**San Diego**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$950,000.00** | **$950,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☑ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**....................................................................=>

**$950,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|

3.1   Make: **Toyota**
       Model: **RAV4**
       Year: **2022**
       Approximate mileage: **35000**
       Other information:

       Financed vehicle. Good condition.

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $27,600.00 | $27,600.00 |

3.2   Make: **Tesla**
       Model: **3**
       Year: **2020**
       Approximate mileage: **46353**
       Other information:

       Purchased vehicle. Good condition.

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................................=>

**$43,600.00**

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Household goods, furniture, appliances, kitchenware, etc. | $1,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Electronics, computers, cell phones, etc. | $250.00 |
|---|---|
| Laptops and printer | $250.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | Golf clubs and accessories, misc. household tools, etc. | $150.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Personal and Family Clothing | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Personal and Family Jewelry | $1,500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | 1 - dog | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................. | **$4,150.00**

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ■ Yes...............................................................................................

| | Cash | $300.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................                                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking - 9939 | Bank of America | $91.00 |
| 17.2. | Savings - 9900 | Bank of America | $50.00 |
| 17.3. | Checking - 2717 | Bank of America | $347.57 |
| 17.4. | Savings - 7156 | Bank of America | $604.91 |
| 17.5. | Brokerage - 8840 | Charles Schwab | $2,389.10 |
| 17.6. | Brokerage - 9187 | Charles Schwab | $3,298.84 |
| 17.7. | Savings - 9431 01 | Mission Federal Credit Union | $3.84 |
| 17.8. | Checking - 9431 09 | Mission Federal Credit Union | $275.54 |
| 17.9. | Checking - 0980 09 | Mission Federal Credit Union | $4,600.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................
                            Name of entity:                              % of ownership:

| | | |
|---|---|---|
| Second Chance Brewery (Liabilities exceed assets, therefore no FMV) | 65   % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Roth IRA** | **Charles Schwab** | **$12,021.19** |
| **Contributory IRA** | **Charles Schwab** | **$332,656.75** |
| **Roth IRA** | **Janus Henderson Investors** | **$25,563.91** |
| **Roth IRA** | **Janus Henderson Investors** | **$69,682.96** |
| **Traditional IRA** | **Janus Henderson Investors** | **$61,899.65** |
| **Traditional IRA** | **Janus Henderson Investors** | **$169,912.83** |
| **Roth IRA** | **Janus Henderson Investors** | **$31,859.93** |
| **Roth IRA** | **Janus Henderson Investors** | **$28,169.13** |
| **Traditional IRA** | **Janus Henderson Investors** | **$33,437.30** |
| **Traditional IRA** | **Janus Henderson Investors** | **$31,580.09** |
| **401(k)** | **Pershing** | **$252,610.94** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
    ☒ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ☒ Yes. Give specific information about them...

| | |
|---|---|
| 2 - California Driver's Licenses | $0.00 |

| | |
|---|---|
| 1 - California State Bar License | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Globe - Juvenile Whole life Insurance (Policy face value: $10k) | Paula Morrison | Unknown |
| CMFG Insurance Co. - Term AD&D | Californi Coast Credit Union | $1.00 |
| American National Property and Casualty Co - Vehicle Insurance (Tesla) | | $0.00 |
| AAA - Vehicle Insurance (RAV4) | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| | |
|---|---|
| | **$1,061,356.48** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| **Part 6** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................... | **$950,000.00**

56. **Part 2: Total vehicles, line 5** | $43,600.00

57. **Part 3: Total personal and household items, line 15** | $4,150.00

58. **Part 4: Total financial assets, line 36** | $1,061,356.48

59. **Part 5: Total business-related property, line 45** | $0.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00

61. **Part 7: Total other property not listed, line 54**   + | $0.00

62. **Total personal property. Add lines 56 through 61**... | $1,109,106.48    Copy personal property total    **$1,109,106.48**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**

| | |
|---|---|
| | **$2,059,106.48** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Martin Anthony Mendiola** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **11380 Travis Pl San Diego, CA 92126 San Diego County**<br>Line from *Schedule A/B*: **1.1** | **$950,000.00** | ■ | **$722,502.00** | **C.C.P. § 704.730** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2022 Toyota RAV4 35000 miles Financed vehicle. Good condition.**<br>Line from *Schedule A/B*: **3.1** | **$27,600.00** | ■ | **$4,850.00** | **C.C.P. § 704.060** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2020 Tesla 3 46353 miles Purchased vehicle. Good condition.**<br>Line from *Schedule A/B*: **3.2** | **$16,000.00** | ■ | **$8,625.00** | **C.C.P. § 704.010** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2020 Tesla 3 46353 miles Purchased vehicle. Good condition.**<br>Line from *Schedule A/B*: **3.2** | **$16,000.00** | ■ | **$4,850.00** | **C.C.P. § 704.060** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods, furniture, appliances, kitchenware, etc.**<br>Line from *Schedule A/B*: **6.1** | **$1,500.00** | ■ | **$1,500.00** | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Electronics, computers, cell phones, etc.**<br>Line from *Schedule A/B*: **7.1** | $250.00 | ■   $250.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Laptops and printer**<br>Line from *Schedule A/B*: **7.2** | $250.00 | ■   $250.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Golf clubs and accessories, misc. household tools, etc.**<br>Line from *Schedule A/B*: **9.1** | $150.00 | ■   $150.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Personal and Family Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■   $500.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Personal and Family Jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■   $1,500.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■   $300.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking - 9939: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $91.00 | ■   $91.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking - 9939: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $91.00 | ■   $91.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Savings - 9900: Bank of America**<br>Line from *Schedule A/B*: **17.2** | $50.00 | ■   $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings - 9900: Bank of America**<br>Line from *Schedule A/B*: **17.2** | $50.00 | ■   $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking - 2717: Bank of America**<br>Line from *Schedule A/B*: **17.3** | $347.57 | ■   $347.57<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |

| Brief description of the property and line on *Schedule A/B that lists this property* | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking - 2717: Bank of America**<br>Line from *Schedule A/B*: **17.3** | $347.57 | ■ | $347.57 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings - 7156: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $604.91 | ■ | $604.91 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings - 7156: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $604.91 | ■ | $604.91 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage - 8840: Charles Schwab**<br>Line from *Schedule A/B*: **17.5** | $2,389.10 | ■ | $2,389.10 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage - 8840: Charles Schwab**<br>Line from *Schedule A/B*: **17.5** | $2,389.10 | ■ | $0.00 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage - 9187: Charles Schwab**<br>Line from *Schedule A/B*: **17.6** | $3,298.84 | ■ | $3,298.84 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage - 9187: Charles Schwab**<br>Line from *Schedule A/B*: **17.6** | $3,298.84 | ■ | $0.00 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings - 9431 01: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.7** | $3.84 | ■ | $3.84 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings - 9431 01: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.7** | $3.84 | ■ | $3.84 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking - 9431 09: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.8** | $275.54 | ■ | $275.54 | C.C.P. § 704.070 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking - 9431 09: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.8** | $275.54 | ■ | $275.54 | C.C.P. § 704.225 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking - 0980 09: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.9** | **$4,600.00** | ■ **$4,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking - 0980 09: Mission Federal Credit Union**<br>Line from *Schedule A/B*: **17.9** | **$4,600.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Roth IRA: Charles Schwab**<br>Line from *Schedule A/B*: **21.1** | **$12,021.19** | ■ **$12,021.19**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Roth IRA: Charles Schwab**<br>Line from *Schedule A/B*: **21.1** | **$12,021.19** | ■ **$12,021.19**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Contributory IRA: Charles Schwab**<br>Line from *Schedule A/B*: **21.2** | **$332,656.75** | ■ **$332,656.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Contributory IRA: Charles Schwab**<br>Line from *Schedule A/B*: **21.2** | **$332,656.75** | ■ **$332,656.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.3** | **$25,563.91** | ■ **$25,563.91**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.3** | **$25,563.91** | ■ **$25,563.91**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.4** | **$69,682.96** | ■ **$69,682.96**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.4** | **$69,682.96** | ■ **$69,682.96**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.5** | **$61,899.65** | ■ **$61,899.65**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.5** | $61,899.65 | ■ $61,899.65<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.6** | $169,912.83 | ■ $169,912.83<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.6** | $169,912.83 | ■ $169,912.83<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.7** | $31,859.93 | ■ $31,859.93<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.7** | $31,859.93 | ■ $31,859.93<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.8** | $28,169.13 | ■ $28,169.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Roth IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.8** | $28,169.13 | ■ $28,169.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.9** | $33,437.30 | ■ $33,437.30<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.9** | $33,437.30 | ■ $33,437.30<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.10** | $31,580.09 | ■ $31,580.09<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Traditional IRA: Janus Henderson Investors**<br>Line from *Schedule A/B*: **21.10** | $31,580.09 | ■ $31,580.09<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **401(k): Pershing**<br>Line from *Schedule A/B*: **21.11** | $252,610.94 | ■  $252,610.94<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **401(k): Pershing**<br>Line from *Schedule A/B*: **21.11** | $252,610.94 | ■  $252,610.94<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■  No

      ☐  Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Martin Anthony Mendiola** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**California Coast Credit Union**
Creditor's Name

**Attn Bankruptcy**
**PO Box 502080**
**San Diego, CA 92150**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

| **2022 Toyota RAV4 35000 miles**<br>**Financed vehicle. Good condition.** | **$18,404.90** | **$27,600.00** | **$0.00** |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 06/22  Last Active 9/08/25**    Last 4 digits of account number   **0800**

| Debtor 1 | **Martin Anthony Mendiola** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Virginia Ellen Morrison** | | | |
| | First Name | Middle Name | Last Name | |

| **2.2** | **Live Oak** | Describe the property that secures the claim: | $304,000.00 | $950,000.00 | $0.00 |
|---|---|---|---|---|---|

**2.2** **Live Oak**
Creditor's Name

Describe the property that secures the claim:

> **11380 Travis Pl San Diego, CA 92126  San Diego County (Secured claim limited to: $308,515.50)**

**1757 Tiburon Dr**
**Wilmington, NC 28403**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **2nd Deed of Trust - Business Loan**

Date debt was incurred   **2017**        Last 4 digits of account number

---

**2.3** **Newrez**
Creditor's Name

Describe the property that secures the claim:   $236,003.19   $950,000.00   $0.00

> **11380 Travis Pl San Diego, CA 92126  San Diego County**

**Attn Bankruptcy**
**PO Box 10826**
**Greenville, SC 29603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **1st Deed of Trust**

Date debt was incurred   **Opened 5/22/13 Last Active 8/12/25**        Last 4 digits of account number   **5788**

| Debtor 1 | **Martin Anthony Mendiola** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Virginia Ellen Morrison** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **San Diego County Treasurer** | Describe the property that secures the claim: | $0.00 | $950,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Tax Collector
1600 Pacific Highway
Room 162
San Diego, CA 92101**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred **2024-2025**

Describe the property that secures the claim:

**11380 Travis Pl San Diego, CA
92126 San Diego County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number **1500**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $558,408.09 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $558,408.09 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**California Coast Credit Union
PO Box 502080
San Diego, CA 92150-2080**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Newrez
DBA Shellpoint
PO Box 619063
Greenville, SC 29603**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

| Debtor 1 | **Martin Anthony Mendiola** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
  amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

  ■ No. Go to Part 2.

  ☐ Yes.

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

  ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Acaln/glelsi** | | |
|---|---|---|---|

| Nonpriority Creditor's Name | | Last 4 digits of account number | 4076 | | **Unknown** |
|---|---|---|---|---|---|

**PO Box 7860**
**Madison, WI 53707**

When was the debt incurred?   **Opened 9/20/06  Last Active 4/05/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

■ No
☐ Yes

**Educational**

Debtor 1 **Martin Anthony Mendiola**

Debtor 2 **Virginia Ellen Morrison**

Case number (if known) _____

| | |
|---|---|
| **4.2** **Alessandro Alex Liberati** | Last 4 digits of account number **0915** $25,000.00 |

**Alessandro Alex Liberati**
Nonpriority Creditor's Name
**2001 Lincoln St**
**Unit 2221**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred? **5/13/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

**4.3** **Amazon Chase**
Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

Last 4 digits of account number **8575** $363.00

When was the debt incurred? **2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

**4.4** **American Express**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number **8133** $0.00

When was the debt incurred? **Opened 09/01  Last Active 10/25**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

| 4.5 | **American Express** | Last 4 digits of account number | **2733** | Unknown |

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Opened 03/14  Last Active
02/20

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.6 | **American Express** | Last 4 digits of account number | **1112** | Unknown |

Nonpriority Creditor's Name

**PO Box 981535**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Opened 03/06  Last Active
1/21/15

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.7 | **Apple Card** | Last 4 digits of account number | **5996** | $0.00 |

Nonpriority Creditor's Name

**Goldman Sachs**
**Lockbox 6112 PO Box 7247**
**Philadelphia, PA 19170-6112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Purchases, Interest, and Penalties Through Date Indicated**

Debtor 1  **Martin Anthony Mendiola**
Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.8**

**Barclays Bank**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4192**

**Unknown**

When was the debt incurred?   **Opened 12/20  Last Active 2/04/21**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.9**

**Blake F & Lori P Clark, Clark,**
Nonpriority Creditor's Name
**Family Trust dtd Feb 24 2009**
**20740 Elfin Forest Rd**
**Escondido, CA 92029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0915**

**$50,000.00**

When was the debt incurred?   **9/25/2015**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

---

**4.10**

**Brad Smith**
Nonpriority Creditor's Name
**707 North Street**
**Boulder, CO 80304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0915**

**$12,500.00**

When was the debt incurred?   **2/15/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.1 1 | | | |
|---|---|---|---|

**Brian Smith**
Nonpriority Creditor's Name
**930 Greenwich**
**San Francisco, CA 94133**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0915**

**When was the debt incurred?**   **2/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

**$12,500.00**

---

| 4.1 2 | | | |
|---|---|---|---|

**BSG Craftbrewing**
Nonpriority Creditor's Name
**800 West First Ave**
**Shakopee, MN 55379**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0915**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

**$2,778.43**

---

| 4.1 3 | | | |
|---|---|---|---|

**Byline Financial Group**
Nonpriority Creditor's Name
**PO Box 3547**
**Bellevue, WA 98009**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0915**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

**$318.37**

---

| 4.1 4 | **Cap1/kohls Dept Store** | | Last 4 digits of account number **8126** | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 3115**
**Milwaukee, WI 53201**

When was the debt incurred?   **Opened 12/10  Last Active 8/05/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.1 5 | **Capital One** | | Last 4 digits of account number **3655** | | **$132.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?   **Opened 02/15  Last Active 10/03/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.1 6 | **Capital One** | | Last 4 digits of account number **0082** | | **$0.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?   **Opened 01/25  Last Active 06/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

Debtor 1  **Martin Anthony Mendiola**

Debtor 2  **Virginia Ellen Morrison**                    Case number (if known) _____

| 4.1 7 | **Capital One Business** | Last 4 digits of account number  **3655** | **$176.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 30285**

**Salt Lake City, UT 84130-0285**

Number Street City State Zip Code

**When was the debt incurred?**  **2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Expenses Through Date Indicated**

---

| 4.1 8 | **Carl & Judith Ann Bell as** | Last 4 digits of account number  **0915** | **$30,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Trustees of Bell Family Trust**

**7969 Auberge Circle**

**San Diego, CA 92127**

Number Street City State Zip Code

**When was the debt incurred?**  **11/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.1 9 | **CCI Chemical** | Last 4 digits of account number  **0915** | **$268.13** |
|---|---|---|---|

Nonpriority Creditor's Name

**1850 Wild Turkey Circle**

**Corona, CA 92878**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business. Related to Second Chance Beer Company, LLC.**

Debtor 1  **Martin Anthony Mendiola**

Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.2 0**

**Chase Card Services**

Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **4711**          **$2,317.18**

**When was the debt incurred?**    **Opened 12/22  Last Active 10/02/25**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

**4.2 1**

**Chase Card Services**

Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **3027**          **$1,899.04**

**When was the debt incurred?**    **Opened 04/14  Last Active 9/25/25**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

**4.2 2**

**Chase Card Services**

Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **8575**          **$362.00**

**When was the debt incurred?**    **Opened 04/16  Last Active 10/16/25**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

**4.2 3**

**Chase Card Services**
Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☒ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **0904**                    **$13.00**

**When was the debt incurred?**   **Opened 08/08  Last Active 10/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Credit Card**

---

**4.2 4**

**Chase Card Services**
Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  **9658**                    **Unknown**

**When was the debt incurred?**   **Opened 06/05  Last Active 1/05/16**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Credit Card**

---

**4.2 5**

**Chase United**
Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **5547**                    **$2,390.51**

**When was the debt incurred?**   **2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Misc. Purchases, Interest, and Penalties Through Date Indicated**

Debtor 1  **Martin Anthony Mendiola**

Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

| 4.2 6 | **Citibank** | Last 4 digits of account number | **0649** | **$11,533.20** |

Nonpriority Creditor's Name

**Attn Bankruptcy Department**
**PO Box 790046**
**St. Louis, MO 63179**

When was the debt incurred?  **Opened 09/09 Last Active 10/06/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| 4.2 7 | **Citibank/The Home Depot** | Last 4 digits of account number | **6899** | **$1,137.00** |

Nonpriority Creditor's Name

**PO Box 790046**
**St Louis, MO 63179**

When was the debt incurred?  **Opened 05/22 Last Active 8/23/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Account**

| 4.2 8 | **Citibank/The Home Depot** | Last 4 digits of account number | **4654** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 790046**
**St Louis, MO 63179**

When was the debt incurred?  **Opened 5/16/13 Last Active 4/08/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Account**

| 4.2 g | | | |
|---|---|---|---|

**Comenity Bank/Buckle**
Nonpriority Creditor's Name

**PO Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8382**                    **Unknown**

When was the debt incurred?   **Opened 06/04  Last Active 3/06/19**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.3 0 | | | |
|---|---|---|---|

**Comenity Bank/Pier 1**
Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2495**                    **Unknown**

When was the debt incurred?   **Opened 10/27/17  Last Active 1/18/18**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.3 1 | | | |
|---|---|---|---|

**ComenityBank/Venus**
Nonpriority Creditor's Name

**PO Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8769**                    **Unknown**

When was the debt incurred?   **Opened 04/18  Last Active 07/24**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

---

**4.3 2**

**Considine & Considine**
Nonpriority Creditor's Name

**8989 Rio San Diego Drive**
**Ste 250**
**San Diego, CA 92108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1123**     **$0.00**

**When was the debt incurred?**   **2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CPA Fees - personal taxes**

---

**4.3 3**

**Considine & Considine CPA**
Nonpriority Creditor's Name

**8989 Rio San Diego Dr**
**San Diego, CA 92108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **6904**     **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

---

**4.3 4**

**Cosco Fire Protection**
Nonpriority Creditor's Name

**4990 Greencraig Ln**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0915**     **$1,270.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

---

| 4.3 5 | **Curtis Hawes** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3605 Dove Ct**
**San Diego, CA 92103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  9/1/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$25,000.00**

---

| 4.3 6 | **D. Thomas & Michelle L.** | | |
|---|---|---|---|

**Messmer**
**10510 Vista Lago Pl**
**San Diego, CA 92131**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  10/30/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$30,000.00**

---

| 4.3 7 | **Daniel K Oneill Trust** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Dtd May 1, 1995**
**963 Candlelight Pl**
**La Jolla, CA 92169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  2/17/2014

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$25,000.00**

---

Debtor 1  **Martin Anthony Mendiola**

Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.3 8**

**David Steven & Pamela**
Nonpriority Creditor's Name
**Elaine Hwang**
**14428 Rancho Del Prado**
**San Diego, CA 92127**
Number Street City Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0915**    $30,000.00

**When was the debt incurred?**  **9/8/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

**4.3 9**

**Discover Financial**
Nonpriority Creditor's Name

**PO Box 30939**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **6791**    **Unknown**

**When was the debt incurred?**  **Opened 04/11  Last Active 5/28/21**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

**4.4 0**

**E. David & Leslie R. Edquist**
Nonpriority Creditor's Name
**11234 Windbrook Way**
**San Diego, CA 92131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0915**    $40,000.00

**When was the debt incurred?**  **1/15/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 1 | **Ecolab Inc** | Last 4 digits of account number   2341 | $273.51 |

Nonpriority Creditor's Name

**1 Ecolab Pl**
**St Paul, MN 55102-2233**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

---

| 4.4 2 | **Ecolab Inc** | Last 4 digits of account number   9616 | $308.68 |

Nonpriority Creditor's Name

**1 Ecolab Pl**
**St Paul, MN 55102-2233**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

---

| 4.4 3 | **Elliot Waniek** | Last 4 digits of account number   0915 | $25,000.00 |

Nonpriority Creditor's Name

**2965 Sacramento St.**
**Apt #105**
**San Francisco, CA 94115**

Number Street City State Zip Code

**When was the debt incurred?**   5/8/2019

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

| 4.4 4 | **Emiko and Nicholas Traboulay** | | | **$10,000.00** |

Nonpriority Creditor's Name

**5280 Ocean Ct**
**Riverside, CA 92505**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0915**

**When was the debt incurred?**  **12/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 5 | **Eric A Traboulay III** | | | **$20,000.00** |

Nonpriority Creditor's Name

**2148 Fenton Pkwy #211**
**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0915**

**When was the debt incurred?**  **10/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 6 | **Eugene F. & Kerrie L. Shank** | | | **$20,000.00** |

Nonpriority Creditor's Name

**5390 Bragg Street**
**San Diego, CA 92122**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0915**

**When was the debt incurred?**  **4/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 7 | **Gary Orr** | Last 4 digits of account number | **0915** | **$25,000.00** |

Nonpriority Creditor's Name
**5673 Kearny Villa Road Ste.**
**San Diego, CA 92123**

When was the debt incurred? **2/14/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 8 | **Gene W. & Elizabeth Calbow** | Last 4 digits of account number | **0915** | **$25,000.00** |

Nonpriority Creditor's Name
**Trust 1992**
**10823 Cascajo Ct**
**San Diego, CA 92124**

When was the debt incurred? **2/3/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.4 9 | **George Spongberg** | Last 4 digits of account number | **0915** | **$20,000.00** |

Nonpriority Creditor's Name
**2346 Orchard View Lane**
**Escondido, CA 92027**

When was the debt incurred? **12/11/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.5 0 | | | |
|---|---|---|---|

**Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**Attn Bankruptcy**
**PO Box 70379**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5996**

**Unknown**

**Opened 12/21 Last Active 8/31/22**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card**

---

| 4.5 1 | | | |
|---|---|---|---|

**Great American Insurance Group**

Nonpriority Creditor's Name

**PO Box 89400**
**CLEVELAND, OH 44101-6400**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4393**

**$1,023.25**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

---

| 4.5 2 | | | |
|---|---|---|---|

**Gregory & Nina Musser**

Nonpriority Creditor's Name

**11657 Winding Ridge Dr**
**San Diego, CA 92131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0915**

**$10,000.00**

When was the debt incurred? **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.5 3 | **Gregory C. Martin** |
|---|---|

Nonpriority Creditor's Name

**203 N Lincoln St**
**Burbank, CA 91506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  10/29/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

$10,000.00

---

| 4.5 4 | **Gregory Gates** |
|---|---|

Nonpriority Creditor's Name

**3326 Adelante St**
**Brea, CA 92823**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  11/13/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

$10,000.00

---

| 4.5 5 | **IRA Resources Inc. FBO John** |
|---|---|

Nonpriority Creditor's Name

**Michael Russell IRA#35-36487**
**3642 Terrace Place**
**Carlsbad, CA 92010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  12/4/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

$120,000.00

---

Debtor 1  **Martin Anthony Mendiola**
Debtor 2  **Virginia Ellen Morrison**                                    Case number (if known) _____

| 4.5 6 | **IRA Resources Inc. FBO Robert** | Last 4 digits of account number | **0915** | **$25,000.00** |

Nonpriority Creditor's Name
**Hoffman IRA 35-36570**
**3635 Terrace Place**
**Carlsbad, CA 92010**
Number Street City Zip Code

When was the debt incurred?  **3/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.5 7 | **Jacob Tapanes Perrin** | Last 4 digits of account number | **0915** | **$30,000.00** |

Nonpriority Creditor's Name
**24662 Stewart St**
**Loma Linda, CA 92354**
Number Street City State Zip Code

When was the debt incurred?  **8/29/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.5 8 | **Jeff Thompson** | Last 4 digits of account number | **0915** | **$15,000.00** |

Nonpriority Creditor's Name
**7925 Camino Kiosco**
**San Diego, CA 92122**
Number Street City State Zip Code

When was the debt incurred?  **10/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

| 4.5 9 | **Jeffrey Scott & Nancy Lynn** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Rowe**
**1527 W. Winter Dr**
**Phoenix, AZ 85021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0915**    **$50,000.00**

When was the debt incurred? **3/25/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.6 0 | **Jeffrey W. & S. Michelle Weber** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**7086 Cantaberra Dr**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0915**    **$10,000.00**

When was the debt incurred? **10/23/2013**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.6 1 | **Jessica & Damon Vinje** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1807 Esquire Glen**
**Escondido, CA 92029**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0915**    **$10,000.00**

When was the debt incurred? **2/6/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.6 2 | **Karen Abbott & Mark Boyko** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**77 Wild Horse Mesa Dr**

**Sedona, AZ 86351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0915**

When was the debt incurred?  **12/5/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$20,000.00**

---

| 4.6 3 | **Keg Logistics** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9110 E Nichols Ave**

**Suite 105**

**Centennial, CO 80112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0915**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business. Related to Second Chance Beer Company, LLC.**

**$4,295.00**

---

| 4.6 4 | **Kenneth D & Janet G Hoffman** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2525 Ridgewood Rd**

**Alamo, CA 94507**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0915**

When was the debt incurred?  **10/20/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$25,000.00**

---

| 4.6 5 | **Kevin Scott & Alison Clare** | Last 4 digits of account number | **0915** | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Mock**
**3104 Mobley St**
**San Diego, CA 92123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

| 4.6 6 | **Kim A. Clark/Janice B. Clark** | Last 4 digits of account number | **0915** | **$15,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11235 Spencerport Way**
**San Diego, CA 92131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **2/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

| 4.6 7 | **Lawrence Malak** | Last 4 digits of account number | **0915** | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1002 Robinson Ave**
**San Diego, CA 92103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **5/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

| 4.6 8 | | | |
|---|---|---|---|

**Linde Gas & Equipment Inc**

Nonpriority Creditor's Name

**Dept LA 21511**

**Pasadena, CA 91185-1511**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 0915

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

$9,488.82

---

| 4.6 9 | | | |
|---|---|---|---|

**Linde Gas & Equipment Inc**

Nonpriority Creditor's Name

**Dept LA 21511**

**Pasadena, CA 91185-1511**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 6108

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

$5,425.59

---

| 4.7 0 | | | |
|---|---|---|---|

**Live Oak Bank**

Nonpriority Creditor's Name

**1741 Tiburon Dr**

**Wilmington, NC 28403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 0915

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Lawsuit for Business Loan. See Statement of Financial Affairs. Unsecured amount listed. See Schedule D for secured amount.**

$501,484.50

---

| 4.7 1 | **Macys/ DSNB** |
|---|---|

Nonpriority Creditor's Name

**PO Box 6789**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **7790**

**When was the debt incurred?**   **Opened 08/10  Last Active 08/12**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Charge Account**

**Unknown**

---

| 4.7 2 | **Mark & Elena Shalauta** |
|---|---|

Nonpriority Creditor's Name

**11640 Aspendell Dr**
**San Diego, CA 92131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0915**

**When was the debt incurred?**   **9/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$10,000.00**

---

| 4.7 3 | **Matt & Joey Hanna** |
|---|---|

Nonpriority Creditor's Name

**11866 Handrich Dr.**
**San Diego, CA 92131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0915**

**When was the debt incurred?**   **8/19/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$50,000.00**

| 4.7 4 | **Meternet** | | **Last 4 digits of account number** 8403 | | $20.31 |

Nonpriority Creditor's Name
**PO Box 2830**
**Fallbrook, CA 92088**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

---

| 4.7 5 | **Mission Federal Credit Union** | | **Last 4 digits of account number** 0700 | | $0.00 |

Nonpriority Creditor's Name
**5785 Oberlin Dr 3rd Fl**
**San Diego, CA 92121-2850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc. Purchases, Interest, and Penalties Through Date Indicated**

---

| 4.7 6 | **Mission Federal Credit Union** | | **Last 4 digits of account number** 0700 | | **Unknown** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 919023**
**San Diego, CA 92191**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **Opened 03/21  Last Active 6/21/23**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

Debtor 1 **Martin Anthony Mendiola**

Debtor 2 **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.7 7**

**Mission Linen Supply**
Nonpriority Creditor's Name
**2727 Industry St**
**Oceanside, CA 92054-4810**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **6573**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

**$99.99**

---

**4.7 8**

**Mission Linen Supply**
Nonpriority Creditor's Name
**2727 Industry St**
**Oceanside, CA 92054-4810**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **6960**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

**$287.61**

---

**4.7 9**

**Mobile West Canning**
Nonpriority Creditor's Name
**11860 Community Rd**
**Ste 180**
**Poway, CA 92064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0915**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

**$9,445.56**

---

| 4.8 0 | **Monica Beith** | Last 4 digits of account number | **0915** | $10,000.00 |

Nonpriority Creditor's Name

**3615 Terrace Place**
**Carlsbad, CA 92010**

Number Street City State Zip Code

When was the debt incurred?  **2/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.8 1 | **Nelnet** | Last 4 digits of account number | **7649** | Unknown |

Nonpriority Creditor's Name

**Attn Claims**
**PO Box 82561**
**Lincoln, NE 68501**

Number Street City State Zip Code

When was the debt incurred?  **Opened 09/06  Last Active 8/05/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **For any potential claims.**

---

| 4.8 2 | **Nelnet** | Last 4 digits of account number | **7549** | Unknown |

Nonpriority Creditor's Name

**Attn Claims**
**PO Box 82561**
**Lincoln, NE 68501**

Number Street City State Zip Code

When was the debt incurred?  **Opened 09/06  Last Active 4/05/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **For any potential claims.**

---

### 4.8 3

**OnPath Federal CU**
Nonpriority Creditor's Name

**Attn Bankruptcy**
**Po Box 961**
**Roanoke, TX 76262**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 1001

**When was the debt incurred?** **Opened 09/21 Last Active 3/19/25**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For any potential claims.**

**Unknown**

---

### 4.8 4

**Patrick Scott Raetzman**
Nonpriority Creditor's Name

**2939 Laurel St #101**
**San Diego, CA 92104**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 0915

**When was the debt incurred?** 10/31/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

**$13,000.00**

---

### 4.8 5

**Preferred Employers Insurance**
Nonpriority Creditor's Name

**PO Box 85478**
**San Diego, CA 92186-5478**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 0272

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

**$1,563.00**

---

| 4.8 6 | **Proximity Malt** | | Last 4 digits of account number | **0915** | **$5,273.50** |

**Proximity Malt**
Nonpriority Creditor's Name
**644 South 5th St**
**Milwaukee, WI 53204**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **0915**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business. Related to Second Chance Beer Company, LLC.**

**$5,273.50**

---

| 4.8 7 | **Rcs Mtg** | | Last 4 digits of account number | **6729** | **Unknown** |

**Rcs Mtg**
Nonpriority Creditor's Name

**350 S Grand Avenue**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **6729**

**When was the debt incurred?**    **Opened  5/22/13  Last Active 2/06/16**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **For any potential claims.**

**Unknown**

---

| 4.8 8 | **Real Time Resolutions** | | Last 4 digits of account number | **1149** | **Unknown** |

**Real Time Resolutions**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 36655**
**Dallas, TX 75235**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **1149**

**When was the debt incurred?**    **Opened  5/22/13  Last Active 3/13/19**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **For any potential claims.**

**Unknown**

---

| 4.8 9 | **Rick & Michelle Rhay** | Last 4 digits of account number | **0915** | **$10,000.00** |

Nonpriority Creditor's Name

**7910 Old Oak Ct.**

**Riverside, CA 92506**

Number Street City State Zip Code

When was the debt incurred?    **5/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.9 0 | **Rowland Family Trust** | Last 4 digits of account number | **0915** | **$25,000.00** |

Nonpriority Creditor's Name

**dated 11/25/13**

**11251 Walking Fern Cove**

**San Diego, CA 92131**

Number Street City State Zip Code

When was the debt incurred?    **3/5/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.9 1 | **San Diego Gulls Hockey Club** | Last 4 digits of account number | **0915** | **$8,750.00** |

Nonpriority Creditor's Name

**7676 Hazard Center Dr**

**Suite 1075**

**San Diego, CA 92108**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business. Related to Second Chance Beer Company, LLC.**

Debtor 1  **Martin Anthony Mendiola**

Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.9 2**

**Scott Beith**

Nonpriority Creditor's Name

**3641 Jetty Point**

**Carlsbad, CA 92010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0915**

When was the debt incurred?   **2/7/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

**$10,000.00**

---

**4.9 3**

**SDG&E**

Nonpriority Creditor's Name

**8330 Century Park Ct**

**San Diego, CA 92123-1530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3986**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

**$3,489.59**

---

**4.9 4**

**SDG&E**

Nonpriority Creditor's Name

**8330 Century Park Ct**

**San Diego, CA 92123-1530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2446**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

**$4,201.70**

---

| 4.9 5 | | | | |
|---|---|---|---|---|

**Sean Michael Higgins**
Nonpriority Creditor's Name
**4085 Camino Cassis**
**San Diego, CA 92122**
Number Street City State Zip Code

Last 4 digits of account number **0915**

When was the debt incurred? **10/25/2013**

$20,000.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| 4.9 6 | | | | |
|---|---|---|---|---|

**Second Chance Beer Company**
Nonpriority Creditor's Name
**11380 Travis Place**
**San Diego, CA 92126**
Number Street City State Zip Code

Last 4 digits of account number **0915**

When was the debt incurred? **2025**

Unknown

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For any potential claims.**

---

| 4.9 7 | | | | |
|---|---|---|---|---|

**Sierra Controllers 401K PSP**
Nonpriority Creditor's Name
**11657 Winding Ridge Dr**
**San Diego, CA 92131**
Number Street City State Zip Code

Last 4 digits of account number **0915**

When was the debt incurred? _____

$50,000.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

| | | | |
|---|---|---|---|
| **4.98** | **Smith Family Trust** | Last 4 digits of account number   **0915** | **$25,000.00** |

Nonpriority Creditor's Name
**11403 Mustang Ridge Dr**
**San Diego, CA 92130**
Number Street City State Zip Code

When was the debt incurred?   **2/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Investor. Related to Second Chance Beer Company, LLC.**

---

| | | | |
|---|---|---|---|
| **4.99** | **Staples** | Last 4 digits of account number   **0915** | **$841.52** |

Nonpriority Creditor's Name
**500 Staples Dr**
**Framingham, MA 01702**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

---

| | | | |
|---|---|---|---|
| **4.100** | **Syncb/athleta Dc** | Last 4 digits of account number   **0131** | **Unknown** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/18/16  Last Active 2/05/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For any potential claims.**

---

Debtor 1  **Martin Anthony Mendiola**
Debtor 2  **Virginia Ellen Morrison**

Case number (if known)

---

| 4.1 01 | | |
|---|---|---|

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
◼ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

Last 4 digits of account number    **0616**

**Unknown**

When was the debt incurred?    **Opened 05/13  Last Active 07/13**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **For any potential claims.**

---

| 4.1 02 | | |
|---|---|---|

**Synchrony Bank/Banana Republic**
Nonpriority Creditor's Name
**Attn Bankruptcy Department**
**PO Box 965065**
**Orlando, FL 32896**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

Last 4 digits of account number    **0116**

**Unknown**

When was the debt incurred?    **Opened  4/14/14  Last Active 3/21/18**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **For any potential claims.**

---

| 4.1 03 | | |
|---|---|---|

**Synchrony Bank/TJX**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**POO Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
◼ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
◼ No
☐ Yes

Last 4 digits of account number    **0869**

**Unknown**

When was the debt incurred?    **Opened 12/23/18  Last Active 1/15/19**

**As of the date you file, the claim is:** Check all that apply

◼ Contingent
◼ Unliquidated
◼ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
◼ Other. Specify    **For any potential claims.**

---

| 4.1 04 | **Synchrony/CareCredit** | Last 4 digits of account number | **8902** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn Bankruptcy
PO Box 965061
Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**  **Opened 03/07  Last Active 08/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **For any potential claims.**

---

| 4.1 05 | **Synchrony/PayPal Credit** | Last 4 digits of account number | **3968** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn Bankruptcy
PO Box 965064
Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**  **Opened 10/12  Last Active 11/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **For any potential claims.**

---

| 4.1 08 | **The Home Depot CBNA** | Last 4 digits of account number | **6899** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5800 South Corporate Place
Sioux Falls, SD 57108**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**  **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Misc. Purchases, Interest, and Penalties Through Date Indicated**

Debtor 1  **Martin Anthony Mendiola**
Debtor 2  **Virginia Ellen Morrison**

Case number (if known) _____

---

**4.1 07**

**The Mendiola 1996 Trust**
Nonpriority Creditor's Name
**1922 Ainsley Street**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  0915
**When was the debt incurred?**  11/3/2016

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

$20,000.00

---

**4.1 08**

**Timothy J & Stacey U**
Nonpriority Creditor's Name
**Oneill Trust**
**1260 Beryl St**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  0915
**When was the debt incurred?**  2/1/2014

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

$10,000.00

---

**4.1 09**

**Turner Construction**
Nonpriority Creditor's Name
**66 Hudson Blvd**
**New York, NY 10001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  0915
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business. Related to Second Chance Beer Company, LLC.**

$0.00

---

| 4.1 10 | **Tyson Andrew Paul** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**6331 Elm Tree Ave**
**Excelsior, MN 55331**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0915

**When was the debt incurred?**  9/10/2013

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Investor. Related to Second Chance Beer Company, LLC.**

**$10,000.00**

| 4.1 11 | **US Small Business Admin** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3918**
**Portland, OR 97208-3918**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  7906

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **SBA EIDL Loan**

**$500,000.00**

| 4.1 12 | **Yakima Chief Hops** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**306 Division St**
**Yakima, WA 98902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  C003

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business. Related to Second Chance Beer Company, LLC.**

**$4,086.86**

| Debtor 1 | **Martin Anthony Mendiola** | |
|---|---|---|
| Debtor 2 | **Virginia Ellen Morrison** | Case number (if known) |

| 4.1 13 | | |
|---|---|---|

**Yakima Valley Hops**
Nonpriority Creditor's Name
**702 N 1st Ave**
**Yakima, WA 98902**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0915**                    **$4,103.15**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business. Related to Second Chance Beer Company, LLC.**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Chase Southwest**
**PO Box 15298**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Chase Southwest**
**PO Box 15298**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Citi Rewards**
**PO Box 6500**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Citi Rewards**
**PO Box 6500**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Hoffman Family Trust**
**dated December 4 2019**
**2525 Ridgewood Rd**
**Alamo, CA 94507**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Miller Nash LLP**
**340 Golden Shore Suite 450**
**Long Beach, CA 90802**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,147,420.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,147,420.00 |

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Virginia Ellen Morrison** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Interinsurance Exchange of the Automobile Club<br>PO Box 25004<br>Santa Ana, CA 92799** | **Vehicle Insurance** |
| 2.2   **Live Oak Bank<br>1741 Tiburon Dr<br>Wilmington, NC 28403** | **Settlement Agreement.** |

/

| Debtor 1 | **Martin Anthony Mendiola** | | |
|----------|------------------------------|--|--|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?     -NONE-     . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1    **County of San Diego** <br> **Dept of Social Services** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   4.70 <br> ☐ Schedule G _____ <br> **Live Oak Bank** |
| 3.2    **Curtis Hawes** <br> **8975 Kirkwood Circle North** <br> **Maple Grove, MN 55369** | ■ Schedule D, line   2.2 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Live Oak** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|
| 3.3   **Curtis Hawes** <br> **8975 Kirkwood Circle North** <br> **Maple Grove, MN 55369** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.70** <br> ☐ Schedule G _____ <br> **Live Oak Bank** |
| 3.4   **Mortgage Electronic** <br> **Registration Systems** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.70** <br> ☐ Schedule G _____ <br> **Live Oak Bank** |
| 3.5   **Second Chance Beer Company LLC** <br> **11380 Travis Pl** <br> **San Diego, CA 92126-1632** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.17** <br> ☐ Schedule G _____ <br> **Capital One Business** |
| 3.6   **Second Chance Beer Company LLC** <br> **11380 Travis Pl** <br> **San Diego, CA 92126-1632** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.70** <br> ☐ Schedule G _____ <br> **Live Oak Bank** |
| 3.7   **Second Chance Beer Company LLC** <br> **11380 Travis Pl** <br> **San Diego, CA 92126-1632** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.111** <br> ☐ Schedule G _____ <br> **US Small Business Admin** |

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| Debtor 2<br>(Spouse, if filing) | **Virginia Ellen Morrison** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status* | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Uber Independent Contractor** | **Mobile On-Site Consultant** |
| Employer's name | | **1725 3rd Street** | **Karl Strauss** |
| Employer's address | | **San Francisco, CA 94158** | **5965 Santa Fe St**<br>**San Diego, CA 92109** |
| How long employed there? | | **1 Month** | **3 Months** |

*See Attachment for Additional Employment Information

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 10,900.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 10,900.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here | 4. $ 0.00 | $ 10,900.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 2,725.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.       6.   $ 0.00   $ 2,725.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 0.00   $ 8,175.00

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 250.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:  **CalFresh** | 8f. | $ 546.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 796.00   $ 0.00

10. Calculate monthly income. Add line 7 + line 9.   10.   $ 796.00 + $ 8,175.00 = $ 8,971.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:   11.   +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 8,971.00

    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☐  No.
    ■  Yes. Explain:    Debtors expect to lose CalFresh this month, Debtor hopes to increase his Uber income to meet monthly expenses. Debtor spouse's part-time position is newly created and future employment is not certain and her consulting income will end on or before 12/31/2025. Income to decrease by at least $2,000 per month.

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **General Counsel** | |
| Name of Employer | **Bill Howe Family of Companies** | |
| How long employed | **9 Days** | |
| Address of Employer | **9210 Sky Park Ct**<br>**San Diego, CA 92123** | |

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| Debtor 2 (Spouse, if filing) | **Virginia Ellen Morrison** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,200.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 1,250.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Martin Anthony Mendiola**

Debtor 2   **Virginia Ellen Morrison**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **150.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **410.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **750.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **210.00** |
| 10. | **Personal care products and services** | | 10. $ | **175.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **335.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **690.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **25.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **50.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **334.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **531.21** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Support of dependents not living at home** | | $ | **500.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | Other: Specify: **LinkedIn Pro (job search services)** | | 21. +$ | **25.00** |
| | **Animal care** | | +$ | **200.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **8,235.21** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **8,235.21** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **8,971.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **8,235.21** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | | 23c. $ | **735.79** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   Explain here: **Expenses may increase over the next year.**

# United States Bankruptcy Court
## Southern District of California

In re **Martin Anthony Mendiola**
**Virginia Ellen Morrison**

_____
Debtor(s)

Case No. _____
Chapter **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:                     $           33.90

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                                 $         500.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $      0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 250.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                        TOTAL

21. Other (Specify):

DESCRIPTION                                        TOTAL

22. Total Monthly Expenses (Add items 3-21)                      $         250.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $         250.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Martin Anthony Mendiola** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____

**Martin Anthony Mendiola**     **Virginia Ellen Morrison**
Signature of Debtor 1     Signature of Debtor 2

Date 11/5/2025     Date 11/5/2025

| Debtor 1 | **Martin Anthony Mendiola** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $33.96 | ■ Wages, commissions, bonuses, tips | $5,031.26 |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips | $71,000.00 | ■ Wages, commissions, bonuses, tips | $94,687.00 |
| | ■ Operating a business | | ■ Operating a business | |
| For the calendar year before that: (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | $57,000.00 | ■ Wages, commissions, bonuses, tips | $73,000.00 |
| | ■ Operating a business | | ■ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2024 ) | Consulting | $22,413.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Live Oak Banking Company v. Virginia Morrison, Martin Mendiola, Curtis Hawes, County of San Diego Department of Social Services, Mortgage Electronic Registration Systems, Inc. Second Chance Beer Company LLC**<br>**25CU006787C** | **Breach of Note, Judicial Foreclosure and Entry of Deficiency Judgment, Breach of Hawes Guaranty** | **Superior Court of California County of San Diego San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **San Diego 2 LLC v Turner Construction Company**<br>**37-2024-00021147-CU-BC-CTL** | **Breach of Contract/Warranty** | **Superior Court of California County of San Diego** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

  ■ No
  ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

  ■ No
  ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

  ■ No
  ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

  ■ No
  ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

  ☐ No
  ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Nicastro & Associates, P.C.<br>26 Executive Park<br>Suite 250<br>Irvine, CA 92614<br>courtfiling@nicastropc.com | Attorney Fees and Costs | 6/27/2025 - $1500.00 (Consultation)<br>7/2/2025 - $6500.00<br>9/17/2025 - $5000.00 | $13,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Janus Henderon Investors<br>PO Box 219109<br>Kansas City, MO 64121-9109 | Funds from Debtor 2's IRA and Roth moved from Schwab to Janus (less fees and better performance) | n/a | June 2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Second Chance Beer Company**<br>**11380 Travis Place**<br>**San Diego, CA 92126** | **Bank of America** | **Business bank accounts:**<br>**Primary (3478) - $8671.87**<br>**Savings (2514) - $3200.68** | **$11,872.55** |

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Second Chance Beer Company**<br>**11380 Travis Place**<br>**San Diego, CA 92126** | **Craft brewery manufacturer and tasting room.**<br><br>**Chris Rath & Associates (bookkeeper)**<br>**Troy Faris CPA** | EIN: **46-3190915**<br><br>From-To  **7/1/2013 to 11/30/2023 (Cessation of operations)** |
| **Uber Driver**<br>**1725 3rd Street**<br>**San Francisco, CA 94158** | **Debtor/Husband Drives for Uber**<br><br>**N/A** | EIN: **N/A**<br><br>From-To  **10/2025** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| _(signature)_ | _(signature)_ |
| **Martin Anthony Mendiola**<br>**Signature of Debtor 1** | **Virginia Ellen Morrison**<br>**Signature of Debtor 2** |
| Date   11/5/2025 | Date   11/5/2025 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ **No**
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ **No**
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | | | |
|---|---|---|---|
| Debtor 1 | **Martin Anthony Mendiola** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia Ellen Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **California Coast Credit Union**<br><br>Description of property securing debt: **2022 Toyota RAV4 35000 miles Financed vehicle. Good condition.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**If Creditor allows, retention and keep current.** | ☐ No<br><br>■ Yes |
| Creditor's name: **Live Oak**<br><br>Description of property securing debt: **11380 Travis Pl San Diego, CA 92126  San Diego County (Secured claim limited to: $308,515.50)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral and pay** | ☐ No<br><br>■ Yes |
| Creditor's name: **Newrez** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

| Debtor 1 | **Martin Anthony Mendiola** | | |
|----------|------------|---|---|
| Debtor 2 | **Virginia Ellen Morrison** | Case number *(if known)* | |

| Description of property securing debt: | **11380 Travis Pl San Diego, CA 92126 San Diego County** | *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor will retain collateral and make regular payments** | |
|---|---|---|---|

| Creditor's name: | **San Diego County Treasurer** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a <br> *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor will retain collateral and make regular payments** | ☐ No <br><br> ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **11380 Travis Pl San Diego, CA 92126 San Diego County** | | |

---

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Interinsurance Exchange of** | ☐ No <br><br> ■ Yes |
| Description of leased Property: | **Vehicle Insurance** | |
| Lessor's name: | **Live Oak Bank** | ☐ No <br><br> ■ Yes |
| Description of leased Property: | **Settlement Agreement.** | |

---

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____  X _____

**Martin Anthony Mendiola**  **Virginia Ellen Morrison**
Signature of Debtor 1  Signature of Debtor 2

Date 11/5/2025  Date 11/5/2025

| | |
|---|---|
| **Fill in this information to identify your case:** | **Check one box only as directed in this form and in Form 122A-1Supp:** |

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| Debtor 2 (Spouse, if filing) | **Virginia Ellen Morrison** |
| United States Bankruptcy Court for the: | Southern District of California |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 on the line.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | | |
| Ordinary and necessary operating expenses | -$ _____ | | | |
| Net monthly income from a business, profession, or farm $ _____ | | Copy here -> $ _____ | | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | | |
| Ordinary and necessary operating expenses | -$ _____ | | | |
| Net monthly income from rental or other real property $ _____ | | Copy here -> $ _____ | | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation**<br>Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | $ _____ | $ _____ |

For you ................................................................. $ _____

For your spouse ................................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____          $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

$ _____          $ _____

$ _____          $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [ _____ ]

Fill in the number of people in your household.    [ _____ ]

Fill in the median family income for your state and size of household. _____    13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____    X _____
**Martin Anthony Mendiola**         **Virginia Ellen Morrison**
Signature of Debtor 1                Signature of Debtor 2

Date  11/5/2025                      Date  11/5/2025

MM / DD / YYYY          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 **Martin Anthony Mendiola**

Debtor 2 **Virginia Ellen Morrison**
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ☑ **No.** Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ **Yes.** Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ **No.** Go to line 3.

   ☐ **Yes.** Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ **No.** Go to line 3.

      ☐ **Yes.** Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

   ☐ **Yes.** Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ **No.** Complete Form 122A-1. Do not submit this supplement.

      ☐ **Yes.** Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

         If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

         If your exclusion period ends before your case is closed, you may have to file an amended form later.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Martin Anthony Mendiola** |
| Debtor 2 (Spouse, if filing) | **Virginia Ellen Morrison** |
| United States Bankruptcy Court for the: | Southern District of California |
| Case number (if known) | |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ | |
| Ordinary and necessary operating expenses | –$ | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ |

(Column A) $ ____    (Column B) $ ____

6. **Net income from rental and other real property**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ | |
| Ordinary and necessary operating expenses | –$ | |
| Net monthly income from rental or other real property | $ | Copy here -> $ |

(Column A) $ ____    (Column B) $ ____

| 7. | **Interest, dividends, and royalties** | $ | $ |
|---|---|---|---|

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____   $ _____   $ _____

_____   $ _____   $ _____

Total amounts from separate pages, if any.   $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____
Total current monthly income

---

**Part 2:   Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .............  Copy line 11 here=>   $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household. ............   13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

---

**Part 3:   Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____   X _____
**Martin Anthony Mendiola**   **Virginia Ellen Morrison**
Signature of Debtor 1   Signature of Debtor 2

Date   11/5/2025   Date   11/5/2025

MM / DD / YYYY

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Debtor 1    **Martin Anthony Mendiola**

Debtor 2    **Virginia Ellen Morrison**
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ **No.**   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ **Yes.**  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ **No.**   Go to line 3.

    ☐ **Yes.**  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ **No.**   Go to line 3.

        ☐ **Yes.**  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ **No.**   Complete Form 122A-1. Do not submit this supplement.

    ☐ **Yes.**  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ **No.**   Complete Form 122A-1. Do not submit this supplement.

        ☐ **Yes.**  Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

            If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the *exclusion period. The exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

            If your exclusion period ends before your case is closed, you may have to file an amended form later.

# United States Bankruptcy Court
## Southern District of California

In re **Martin Anthony Mendiola**
**Virginia Ellen Morrison**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $     **13,000.00**

   Prior to the filing of this statement I have received ........................................ $     **13,000.00**

   Balance Due ................................................................................................ $     **0.00**

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Review and analyze finances, receive creditor calls after retention and prior to discharge, draft court documents necessary to initiate complete Chapter 7 case, several in-office conferences, communications with Debtor's corporate and litigation counsel, pre-petition planning, review documents with client and file same with the Court, register client and pay for credit counseling and personal financial management, file personal financial management certificate post petition.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, post-petition amendments, continued 341(a) meetings, any other adversary proceeding, motions to compel abandonment, opposition to any motions or any other services not specifically listed above.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/5/2025

Date

**Michael N. Nicastro 161188**
*Signature of Attorney*
**Nicastro & Associates, P.C.**
**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
**(949) 534-6990   Fax: (949) 590-4987**
**courtfiling@nicastropc.com**
*Name of law firm*

Name, Address, Telephone No. & I.D. No.
**Michael N. Nicastro 161188**
**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
**(949) 534-6990**
**161188 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Martin Anthony Mendiola**
**Virginia Ellen Morrison**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS: **115**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: 11/5/2025

**Martin Anthony Mendiola**
Signature of Debtor

Date: 11/5/2025

**Virginia Ellen Morrison**
Signature of Debtor

## INSTRUCTIONS

1)  Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)  A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a)  A new petition is filed. Diskette required.

   b)  A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c)  An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3)  The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)  CONVERSIONS:

   a)  When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b)  For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5)  AMENDMENTS AND BALANCE OF SCHEDULES:

   a)  <u>Scannable matrix format required.</u>

   b)  The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c)  Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)  Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Acaln/glelsi
PO Box 7860
Madison, WI 53707


Alessandro Alex Liberati
2001 Lincoln St
Unit 2221
Denver, CO 80202


Amazon Chase
PO Box 15298
Wilmington, DE 19850-5298


American Express
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998


American Express
PO Box 981535
El Paso, TX 79998


Apple Card
Goldman Sachs
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-6112


Barclays Bank
Attn Bankruptcy
PO Box 8801
Wilmington, DE 19899


Blake F & Lori P Clark, Clark
Family Trust dtd Feb 24 2009
20740 Elfin Forest Rd
Escondido, CA 92029

Brad Smith
707 North Street
Boulder, CO 80304


Brian Smith
930 Greenwich
San Francisco, CA 94133


BSG Craftbrewing
800 West First Ave
Shakopee, MN 55379


Byline Financial Group
PO Box 3547
Bellevue, WA 98009


California Coast Credit Union
Attn Bankruptcy
PO Box 502080
San Diego, CA 92150


California Coast Credit Union
PO Box 502080
San Diego, CA 92150-2080


Cap1/kohls Dept Store
PO Box 3115
Milwaukee, WI 53201


Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Capital One Business
PO Box 30285
Salt Lake City, UT 84130-0285

Carl & Judith Ann Bell as
Trustees of Bell Family Trust
7969 Auberge Circle
San Diego, CA 92127


CCI Chemical
1850 Wild Turkey Circle
Corona, CA 92878


Chase Card Services
Attn Bankruptcy
PO Box 15299
Wilmington, DE 19850


Chase Southwest
PO Box 15298
Wilmington, DE 19850


Chase United
PO Box 15298
Wilmington, DE 19850-5298


Citi Rewards
PO Box 6500
Sioux Falls, SD 57117


Citibank
Attn Bankruptcy Department
PO Box 790046
St. Louis, MO 63179


Citibank/The Home Depot
PO Box 790046
St Louis, MO 63179


Comenity Bank/Buckle
PO Box 182789
Columbus, OH 43218

Comenity Bank/Pier 1
Attn Bankruptcy
PO Box 182125
Columbus, OH 43218


ComenityBank/Venus
PO Box 182789
Columbus, OH 43218


Considine & Considine
8989 Rio San Diego Drive
Ste 250
San Diego, CA 92108


Considine & Considine CPA
8989 Rio San Diego Dr
San Diego, CA 92108


Cosco Fire Protection
4990 Greencraig Ln
San Diego, CA 92123


County of San Diego
Dept of Social Services


Curtis Hawes
3605 Dove Ct
San Diego, CA 92103


Curtis Hawes
8975 Kirkwood Circle North
Maple Grove, MN 55369


D. Thomas & Michelle L.
Messmer
10510 Vista Lago Pl
San Diego, CA 92131

Daniel K Oneill Trust
Dtd May 1, 1995
963 Candlelight Pl
La Jolla, CA 92169


David Steven & Pamela
Elaine Hwang
14428 Rancho Del Prado
San Diego, CA 92127


Discover Financial
PO Box 30939
Salt Lake City, UT 84130


E. David & Leslie R. Edquist
11234 Windbrook Way
San Diego, CA 92131


Ecolab Inc
1 Ecolab Pl
St Paul, MN 55102-2233


Elliot Waniek
2965 Sacramento St.
Apt #105
San Francisco, CA 94115


Emiko and Nicholas Traboulay
5280 Ocean Ct
Riverside, CA 92505


Eric A Traboulay III
2148 Fenton Pkwy #211
San Diego, CA 92105


Eugene F. & Kerrie L. Shank
5390 Bragg Street
San Diego, CA 92122

Gary Orr
5673 Kearny Villa Road Ste.
San Diego, CA 92123


Gene W. & Elizabeth Calbow
Trust 1992
10823 Cascajo Ct
San Diego, CA 92124


George Spongberg
2346 Orchard View Lane
Escondido, CA 92027


Goldman Sachs Bank USA
Attn Bankruptcy
PO Box 70379
Philadelphia, PA 19176


Great American Insurance Group
PO Box 89400
CLEVELAND, OH 44101-6400


Gregory & Nina Musser
11657 Winding Ridge Dr
San Diego, CA 92131


Gregory C. Martin
203 N Lincoln St
Burbank, CA 91506


Gregory Gates
3326 Adelante St
Brea, CA 92823


Hoffman Family Trust
dated December 4 2019
2525 Ridgewood Rd
Alamo, CA 94507

IRA Resources Inc. FBO John
Michael Russell IRA#35-36487
3642 Terrace Place
Carlsbad, CA 92010


IRA Resources Inc. FBO Robert
Hoffman IRA 35-36570
3635 Terrace Place
Carlsbad, CA 92010


Jacob Tapanes Perrin
24662 Stewart St
Loma Linda, CA 92354


Jeff Thompson
7925 Camino Kiosco
San Diego, CA 92122


Jeffrey Scott & Nancy Lynn
Rowe
1527 W. Winter Dr
Phoenix, AZ 85021


Jeffrey W. & S. Michelle Weber
7086 Cantaberra Dr
San Diego, CA 92129


Jessica & Damon Vinje
1807 Esquire Glen
Escondido, CA 92029


Karen Abbott & Mark Boyko
77 Wild Horse Mesa Dr
Sedona, AZ 86351


Keg Logistics
9110 E Nichols Ave
Suite 105
Centennial, CO 80112

Kenneth D & Janet G Hoffman
2525 Ridgewood Rd
Alamo, CA 94507


Kevin Scott & Alison Clare
Mock
3104 Mobley St
San Diego, CA 92123


Kim A. Clark/Janice B. Clark
11235 Spencerport Way
San Diego, CA 92131


Lawrence Malak
1002 Robinson Ave
San Diego, CA 92103


Linde Gas & Equipment Inc
Dept LA 21511
Pasadena, CA 91185-1511


Live Oak
1757 Tiburon Dr
Wilmington, NC 28403


Live Oak Bank
1741 Tiburon Dr
Wilmington, NC 28403


Macys/ DSNB
PO Box 6789
Sioux Falls, SD 57117


Mark & Elena Shalauta
11640 Aspendell Dr
San Diego, CA 92131

Matt & Joey Hanna
11866 Handrich Dr.
San Diego, CA 92131


Meternet
PO Box 2830
Fallbrook, CA 92088


Miller Nash LLP
340 Golden Shore Suite 450
Long Beach, CA 90802


Mission Federal Credit Union
5785 Oberlin Dr 3rd Fl
San Diego, CA 92121-2850


Mission Federal Credit Union
Attn Bankruptcy
PO Box 919023
San Diego, CA 92191


Mission Linen Suply
2727 Industry St
Oceanside, CA 92054-4810


Mobile West Canning
11860 Community Rd
Ste 180
Poway, CA 92064


Monica Beith
3615 Terrace Place
Carlsbad, CA 92010


Mortgage Electronic
Registration Systems

Nelnet
Attn Claims
PO Box 82561
Lincoln, NE 68501


Newrez
Attn Bankruptcy
PO Box 10826
Greenville, SC 29603


Newrez
DBA Shellpoint
PO Box 619063
Greenville, SC 29603


OnPath Federal CU
Attn Bankruptcy
Po Box 961
Roanoke, TX 76262


Patrick Scott Raetzman
2939 Laurel St #101
San Diego, CA 92104


Preferred Employers Insurance
PO Box 85478
San Diego, CA 92186-5478


Proximity Malt
644 South 5th St
Milwaukee, WI 53204


Rcs Mtg
350 S Grand Avenue
Los Angeles, CA 90071

Real Time Resolutions
Attn Bankruptcy
PO Box 36655
Dallas, TX 75235


Rick & Michelle Rhay
7910 Old Oak Ct.
Riverside, CA 92506


Rowland Family Trust
dated 11/25/13
11251 Walking Fern Cove
San Diego, CA 92131


San Diego County Treasurer
Tax Collector
1600 Pacific Highway Room 162
San Diego, CA 92101


San Diego Gulls Hockey Club
7676 Hazard Center Dr
Suite 1075
San Diego, CA 92108


Scott Beith
3641 Jetty Point
Carlsbad, CA 92010


SDG&E
8330 Century Park Ct
San Diego, CA 92123-1530


Sean Michael Higgins
4085 Camino Cassis
San Diego, CA 92122


Second Chance Beer Company
11380 Travis Place
San Diego, CA 92126

Second Chance Beer Company LLC
11380 Travis Pl
San Diego, CA 92126-1632


Sierra Controllers 401K PSP
11657 Winding Ridge Dr
San Diego, CA 92131


Smith Family Trust
11403 Mustang Ridge Dr
San Diego, CA 92130


Staples
500 Staples Dr
Framingham, MA 01702


Syncb/athleta Dc
Attn Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Banana Republic
Attn Bankruptcy Department
PO Box 965065
Orlando, FL 32896


Synchrony Bank/TJX
Attn Bankruptcy
POO Box 965060
Orlando, FL 32896

Synchrony/CareCredit
Attn Bankruptcy
PO Box 965061
Orlando, FL 32896


Synchrony/PayPal Credit
Attn Bankruptcy
PO Box 965064
Orlando, FL 32896


The Home Depot CBNA
5800 South Corporate Place
Sioux Falls, SD 57108


The Mendiola 1996 Trust
1922 Ainsley Street
San Diego, CA 92123


Timothy J & Stacey U
Oneill Trust
1260 Beryl St
San Diego, CA 92109


Turner Construction
66 Hudson Blvd
New York, NY 10001


Tyson Andrew Paul
6331 Elm Tree Ave
Excelsior, MN 55331


US Small Business Admin
PO Box 3918
Portland, OR 97208-3918


Yakima Chief Hops
306 Division St
Yalima, WA 98902

Yakima Valley Hops
702 N 1st Ave
Yakima, WA 98902