CSD 1100 [12/01/2020] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

MICHAEL N. NICASTRO (State Bar # 161188)
NICASTRO & ASSOCIATES, P.C.
26 Executive Park, Suite 250
Irvine, CA 92614
Telephone: (949) 534-6990 Facsimile: (949) 590-4987
courtfiling@nicastropc.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Martin Anthony Mendiola
and
Virginia Ellen Morrison

Debtor.

BANKRUPTCY NO. 25-04675-CL7

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☑ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☑ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
    - ☑ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: 1/7/2026        Signature _____
                                        Attorney for Debtor

CSD 1100

## DECLARATION OF DEBTOR

I [We] Martin Anthony Mendiola and Virginia Ellen Morrison, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of 3 pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 12/31/25   12/31/25   *Debtor   *Joint Debtor

* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added.** Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___1/7/2026___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Bernard Kornberg   bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Michael Nicholas Nicastro   courtfiling@nicastropc.com

☑ Chapter 7 Trustee: Gerald H. Davis   ghd@trusteedavis.com, ghd@trustesolutions.net

☑ For Chpt. 7, 11, & 12 cases:   ☐ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE   THOMAS H. BILLINGSLEA, JR., TRUSTEE   DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov   Billingslea@thb.coxatwork.com   admin@ch13.sdcoxmail.com
      dskelton13@ecf.epiqsystems.com

2.  **Served by United States Mail:**

    On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

    Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  1/7/2026
             (Date)

Rosanna Sumera
(Typed Name and Signature)

26 Executive Park, Suite 250
(Address)

Irvine, CA 92614
(City, State, ZIP Code)

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Martin** | **Anthony** | **Mendiola** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Virginia** | **Ellen** | **Morrison** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 25-04675-7 | | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ■ No. Go to Part 2.
   - ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|
| 4.1 | **Brad Smith** | Last 4 digits of account number **0915** | **$12,500.00** |
| | Nonpriority Creditor's Name | | |
| | **3295 Freedom Blvd** | When was the debt incurred? **2/15/2014** | |
| | **Watsonville, CA 95076** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

CORRECTED

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

Official Form 106 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 1 of 4

32291

AMENDED

| | | | |
|---|---|---|---|
| Debtor 1 | Martin Anthony Mendiola | | |
| Debtor 2 | Virginia Ellen Morrison | Case number (if known) | 25-04675-7 |

### 4.2 E. David & Leslie R. Edquist
Nonpriority Creditor's Name
**1488 Coral Berry Lane**
**Encinitas, CA 92024**
Number Street City State Zip Code

**Last 4 digits of account number** 0915     $40,000.00

**When was the debt incurred?** 1/15/2014

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only

CORRECTED
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

### 4.3 Gregory & Nina Musser
Nonpriority Creditor's Name
**905 Drake Dr**
**Choctaw, OK 73020**
Number Street City State Zip Code

**Last 4 digits of account number** 0915     $10,000.00

**When was the debt incurred?** 10/15/2013

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

CORRECTED
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

### 4.4 Kim A. Clark/Janice B. Clark
Nonpriority Creditor's Name
**4203 S Watercrest Dr**
**Rogers, AR 72758**
Number Street City State Zip Code

**Last 4 digits of account number** 0915     $15,000.00

**When was the debt incurred?** 2/25/2014

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only

CORRECTED
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Investor. Related to Second Chance Beer Company, LLC.**

AMENDED

| | | | |
|---|---|---|---|
| Debtor 1 | Martin Anthony Mendiola | | |
| Debtor 2 | Virginia Ellen Morrison | Case number (if known) | 25-04675-7 |

| | | | | |
|---|---|---|---|---|
| 4.5 | **Live Oak Bank** | Last 4 digits of account number | **0915** | **$501,484.50** |
| | Nonpriority Creditor's Name | | | |
| | **1741 Tiburon Dr** | When was the debt incurred? | **2017** | |
| | **Wilmington, NC 28403** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

CORRECTED  
TO ADD  
CODEBTORS

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lawsuit for Business Loan. See Statement of Financial Affairs. Unsecured amount listed. See Schedule D for secured amount.**

| | | | | |
|---|---|---|---|---|
| 4.6 | **Mobile West Canning** | Last 4 digits of account number | **0915** | **$9,445.56** |
| | Nonpriority Creditor's Name | | | |
| | **13200 Danielson Street Ste A2** | When was the debt incurred? | | |
| | **Poway, CA 92064** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

CORRECTED

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business. Related to Second Chance Beer Company, LLC.**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address  
**Miller Nash LLP**  
**340 Golden Shore Suite 450**  
**Long Beach, CA 90802**

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line **4.5** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

ADDED

Name and Address  
**One Source Industries LLC**  
**2850 Red Hill Ave Ste 110**  
**Santa Ana, CA 92705**

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line **4.6** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

ADDED

Name and Address  
**One Source Industries LLC**  
**Robin Abrams-Duarte agent**  
**2358 E Walnut Ave**  
**Fullerton, CA 92831**

On which entry in Part 1 or Part 2 did you list the original creditor?  
Line **4.6** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Official Form 106 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 3 of 4

# AMENDED

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Martin Anthony Mendiola** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | **Virginia Ellen Morrison** | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | **25-04675-7** | |

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 CORRECTED | **County of San Diego Dept of Social Services PO Box 85027 San Diego, CA 92186** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**Live Oak Bank** |
| 3.2 CORRECTED | **Mortgage Electronic Registration Systems 5660 New Northside Dr 3rd Fl Atlanta, GA 30328** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**Live Oak Bank** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 1 of 1

AMENDED

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Michael N. Nicastro 161188**
**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
**(949) 534-6990**
**161188 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Martin Anthony Mendiola**
**Virginia Ellen Morrison**

BANKRUPTCY NO. **25-04675-7**

Debtor.

### VERIFICATION OF CREDITOR MATRIX - AMENDED

PART I (check and complete one):

☐ New petition filed. Creditor diskette required.            TOTAL NO. OF CREDITORS: ____

☐ Conversion filed on _____. See instructions on reverse side.
    ☐ Former Chapter 13 converting. Creditor diskette required.            TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☒ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. See instructions on reverse side.
    ☒ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☒ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: 12/31/25

Martin Anthony Mendiola
Signature of Debtor

Date: 12/31/25

Virginia Ellen Morrison
Signature of Debtor

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

**AMENDED**

# INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Brad Smith
3295 Freedom Blvd
Watsonville, CA 95076


County of San Diego
Dept of Social Services
PO Box 85027
San Diego, CA 92186


E. David & Leslie R. Edquist
1488 Coral Berry Lane
Encinitas, CA 92024


Gregory & Nina Musser
905 Drake Dr
Choctaw, OK 73020


Kim A. Clark/Janice B. Clark
4203 S Watercrest Dr
Rogers, AR 72758


Mobile West Canning
13200 Danielson Street Ste A2
Poway, CA 92064


Mortgage Electronic
Registration Systems
5660 New Northside Dr 3rd Fl
Atlanta, GA 30328

One Source Industries LLC
2850 Red Hill Ave Ste 110
Santa Ana, CA 92705


One Source Industries LLC
Robin Abrams-Duarte agent
2358 E Walnut Ave
Fullerton, CA 92831

#5c - Amended Matrix

| | |
|---|---|
| CORRECTED Schedule F | Brad Smith<br>3295 Freedom Blvd<br>Watsonville, CA 95076 |
| CORRECTED Schedule F | E. David & Leslie R. Edquist<br>1488 Coral Berry Lane<br>Encinitas, CA 92024 |
| CORRECTED Schedule F | Gregory & Nina Musser<br>905 Drake Dr<br>Choctaw, OK 73020 |
| CORRECTED Schedule F | Kim A. Clark/Janice B. Clark<br>4203 S Watercrest Dr<br>Rogers, AR 72758 |
| CORRECTED Schedule F | Mobile West Canning<br>13200 Danielson Street Ste A2<br>Poway, CA 92064 |
| CORRECTED Schedule H | County of San Diego<br>Dept of Social Services<br>PO Box 85027<br>San Diego, CA 92186 |
| CORRECTED Schedule H | Mortgage Electronic<br>Registration Systems<br>5660 New Northside Dr 3rd Fl<br>Atlanta, GA 30328 |

**ADDED**
Schedule F

One Source Industries LLC
2850 Red Hill Ave Ste 110
Santa Ana, CA 92705

**ADDED**
Schedule F

One Source Industries LLC
Robin Abrams-Duarte agent
2358 E Walnut Ave
Fullerton, CA 92831