| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Martin Anthony Mendiola<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2407<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Virginia Ellen Morrison<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2045<br>EIN  __–_____ |
| United States Bankruptcy Court | Southern District of California | |
| Case number: | 25–04675–CL7 | |

## Order of Discharge                                                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Martin Anthony Mendiola                     Virginia Ellen Morrison

2/10/26                                     **By order of the court:**   Mark Schnakenberg
                                                                         Clerk of the Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| | |
|---|---|
| In re: | Case No. 25-04675-CL |
| Martin Anthony Mendiola | Chapter 7 |
| Virginia Ellen Morrison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 11, 2026 | Form ID: 318 | Total Noticed: 120 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin Anthony Mendiola, Virginia Ellen Morrison, 11380 Travis Place, San Diego, CA 92126-1632 |
| 15234587 | + | Acaln/glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 15234588 | + | Alessandro Alex Liberati, 2001 Lincoln St, Unit 2221, Denver, CO 80202-3873 |
| 15234597 | + | BSG Craftbrewing, 800 West First Ave, Shakopee, MN 55379-1148 |
| 15234594 | + | Blake F & Lori P Clark, Clark, Family Trust dtd Feb 24 2009, 20740 Elfin Forest Rd, Escondido, CA 92029-3313 |
| 15234596 | + | Brian Smith, 930 Greenwich, San Francisco, CA 94133-2626 |
| 15234598 | + | Byline Financial Group, PO Box 3547, Bellevue, WA 98009-3547 |
| 15234605 | + | CCI Chemical, 1850 Wild Turkey Circle, Corona, CA 92878-3299 |
| 15234604 | + | Carl & Judith Ann Bell as, Trustees of Bell Family Trust, 7969 Auberge Circle, San Diego, CA 92127-4207 |
| 15234615 | + | Considine & Considine, 8989 Rio San Diego Drive, Ste 250, San Diego, CA 92108-1604 |
| 15234616 | + | Considine & Considine CPA, 8989 Rio San Diego Dr, San Diego, CA 92108-1604 |
| 15234617 | + | Cosco Fire Protection, 4990 Greencraig Ln, San Diego, CA 92123-1673 |
| 15234620 | + | Curtis Hawes, 8975 Kirkwood Circle North, Maple Grove, MN 55369-3985 |
| 15234619 | + | Curtis Hawes, 3605 Dove Ct, San Diego, CA 92103-3905 |
| 15234621 | + | D. Thomas & Michelle L., Messmer, 10510 Vista Lago Pl, San Diego, CA 92131-1223 |
| 15234622 | + | Daniel K Oneill Trust, Dtd May 1, 1995, 963 Candlelight Pl, La Jolla, CA 92037-7715 |
| 15234623 | + | David Steven & Pamela, Elaine Hwang, 14428 Rancho Del Prado, San Diego, CA 92127-3866 |
| 15234625 | + | E. David & Leslie R. Edquist, 11234 Windbrook Way, San Diego, CA 92131-2963 |
| 15234627 | + | Elliot Waniek, 2965 Sacramento St., Apt #105, San Francisco, CA 94115-2184 |
| 15234628 | + | Emiko and Nicholas Traboulay, 5280 Ocean Ct, Riverside, CA 92505-1472 |
| 15234629 | + | Eric A Traboulay III, 2148 Fenton Pkwy #211, San Diego, CA 92108-6710 |
| 15234630 | + | Eugene F. & Kerrie L. Shank, 5390 Bragg Street, San Diego, CA 92122-4102 |
| 15234631 | + | Gary Orr, 5673 Kearny Villa Road Ste., San Diego, CA 92123-1162 |
| 15234632 | + | Gene W. & Elizabeth Calbow, Trust 1992, 10823 Cascajo Ct, San Diego, CA 92124-2103 |
| 15234633 | + | George Spongberg, 2346 Orchard View Lane, Escondido, CA 92027-6735 |
| 15234635 | | Great American Insurance Group, PO Box 89400, CLEVELAND, OH 44101-6400 |
| 15234636 | + | Gregory & Nina Musser, 11657 Winding Ridge Dr, San Diego, CA 92131-6158 |
| 15234637 | + | Gregory C. Martin, 203 N Lincoln St, Burbank, CA 91506-2306 |
| 15234638 | + | Gregory Gates, 3326 Adelante St, Brea, CA 92823-6382 |
| 15234639 | + | Hoffman Family Trust, dated December 4 2019, 2525 Ridgewood Rd, Alamo, CA 94507-1053 |
| 15234640 | + | IRA Resources Inc. FBO John, Michael Russell IRA#35-36487, 3642 Terrace Place, Carlsbad, CA 92010-6593 |
| 15234641 | + | IRA Resources Inc. FBO Robert, Hoffman IRA 35-36570, 3635 Terrace Place, Carlsbad, CA 92010-6592 |
| 15234642 | + | Jacob Tapanes Perrin, 24662 Stewart St, Loma Linda, CA 92354-2720 |
| 15234643 | + | Jeff Thompson, 7925 Camino Kiosco, San Diego, CA 92122-1817 |
| 15234644 | + | Jeffrey Scott & Nancy Lynn, Rowe, 1527 W. Winter Dr, Phoenix, AZ 85021-7165 |
| 15234645 | + | Jeffrey W. & S. Michelle Weber, 7086 Cantaberra Dr, San Diego, CA 92129-4648 |
| 15234646 | + | Jessica & Damon Vinje, 1807 Esquire Glen, Escondido, CA 92029-3033 |
| 15234647 | + | Karen Abbott & Mark Boyko, 77 Wild Horse Mesa Dr, Sedona, AZ 86351-7869 |
| 15234649 | + | Kenneth D & Janet G Hoffman, 2525 Ridgewood Rd, Alamo, CA 94507-1053 |
| 15234650 | + | Kevin Scott & Alison Clare, Mock, 3104 Mobley St, San Diego, CA 92123-3041 |
| 15234651 | + | Kim A. Clark/Janice B. Clark, 11235 Spencerport Way, San Diego, CA 92131-2912 |
| 15234652 | + | Lawrence Malak, 1002 Robinson Ave, San Diego, CA 92103-4424 |

| | | |
|---|---|---|
| 15234653 | | Linde Gas & Equipment Inc, Dept LA 21511, Pasadena, CA 91185-1511 |
| 15234654 | + | Live Oak, 1757 Tiburon Dr, Wilmington, NC 28403-6244 |
| 15240587 | + | Live Oak Banking Company, c/o Miller Nash LLP, Attn: Bernie Kornberg, 340 Golden Shore, Suite 450, Long Beach, CA 90802-4229 |
| 15234657 | + | Mark & Elena Shalauta, 11640 Aspendell Dr, San Diego, CA 92131-6108 |
| 15234658 | + | Matt & Joey Hanna, 11866 Handrich Dr., San Diego, CA 92131-1410 |
| 15234659 | + | Meternet, PO Box 2830, Fallbrook, CA 92088-2830 |
| 15234660 | + | Miller Nash LLP, 340 Golden Shore Suite 450, Long Beach, CA 90802-4229 |
| 15234663 | | Mission Linen Suply, 2727 Industry St, Oceanside, CA 92054-4810 |
| 15234664 | + | Mobile West Canning, 11860 Community Rd, Ste 180, Poway, CA 92064-8888 |
| 15234665 | + | Monica Beith, 3615 Terrace Place, Carlsbad, CA 92010-6592 |
| 15234669 | | Newrez, DBA Shellpoint, PO Box 619063, Greenville, SC 29603 |
| 15250648 | + | One Source Industries LLC, Robin Abrams-Duarte agent, 2358 E Walnut Ave, Fullerton, CA 92831-4937 |
| 15234671 | + | Patrick Scott Raetzman, 2939 Laurel St #101, San Diego, CA 92104-5452 |
| 15234672 | | Preferred Employers Insurance, PO Box 85478, San Diego, CA 92186-5478 |
| 15234673 | + | Proximity Malt, 644 South 5th St, Milwaukee, WI 53204-1519 |
| 15234674 | + | Rcs Mtg, 350 S Grand Avenue, Los Angeles, CA 90071-3406 |
| 15234676 | + | Rick & Michelle Rhay, 7910 Old Oak Ct., Riverside, CA 92506-4804 |
| 15234677 | + | Rowland Family Trust, dated 11/25/13, 11251 Walking Fern Cove, San Diego, CA 92131-3707 |
| 15234681 | | SDG&E, 8330 Century Park Ct, San Diego, CA 92123-1530 |
| 15234679 | + | San Diego Gulls Hockey Club, 7676 Hazard Center Dr, Suite 1075, San Diego, CA 92108-4559 |
| 15234680 | + | Scott Beith, 3641 Jetty Point, Carlsbad, CA 92010-5514 |
| 15234682 | + | Sean Michael Higgins, 4085 Camino Cassis, San Diego, CA 92122-1996 |
| 15234683 | + | Second Chance Beer Company, 11380 Travis Place, San Diego, CA 92126-1632 |
| 15234684 | | Second Chance Beer Company LLC, 11380 Travis Pl, San Diego, CA 92126-1632 |
| 15234685 | + | Sierra Controllers 401K PSP, 11657 Winding Ridge Dr, San Diego, CA 92131-6158 |
| 15234686 | + | Smith Family Trust, 11403 Mustang Ridge Dr, San Diego, CA 92130-6969 |
| 15234687 | + | Staples, 500 Staples Dr, Framingham, MA 01702-4474 |
| 15234695 | + | The Mendiola 1996 Trust, 1922 Ainsley Street, San Diego, CA 92123-3810 |
| 15234696 | + | Timothy J & Stacey U, Oneill Trust, 1260 Beryl St, San Diego, CA 92109-2048 |
| 15234697 | + | Turner Construction, 66 Hudson Blvd, New York, NY 10001-2196 |
| 15234698 | + | Tyson Andrew Paul, 6331 Elm Tree Ave, Excelsior, MN 55331-8854 |
| 15234700 | + | Yakima Chief Hops, 306 Division St, Yalima, WA 98902-4553 |
| 15234701 | + | Yakima Valley Hops, 702 N 1st Ave, Yakima, WA 98902-2121 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Feb 12 2026 04:28:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Feb 11 2026 23:27:22 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Feb 12 2026 04:28:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 12 2026 04:28:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Feb 11 2026 23:28:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15234589 | | EDI: JPMORGANCHASE | Feb 12 2026 04:28:00 | Amazon Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15234591 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 23:36:07 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 15234590 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 23:36:02 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15234592 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 11 2026 23:28:00 | Apple Card, Goldman Sachs, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-6112 |
| 15234593 | + | EDI: TSYS2 | Feb 12 2026 04:28:00 | Barclays Bank, Attn Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15234599 | + | Email/Text: bankruptcy@calcoastcu.org | Feb 11 2026 23:28:00 | California Coast Credit Union, Attn Bankruptcy, PO Box 502080, San Diego, CA 92150-2080 |
| 15234600 | | Email/Text: bankruptcy@calcoastcu.org | Feb 11 2026 23:28:00 | California Coast Credit Union, PO Box 502080, San Diego, CA 92150-2080 |
| 15234601 | + | EDI: CAPITALONE.COM | Feb 12 2026 04:28:00 | Cap1/kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15234602 | + | EDI: CAPITALONE.COM | Feb 12 2026 04:28:00 | Capital One, Attn Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15234603 | | EDI: CAPITALONE.COM | Feb 12 2026 04:28:00 | Capital One Business, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15234606 | + | EDI: JPMORGANCHASE | Feb 12 2026 04:28:00 | Chase Card Services, Attn Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15234607 | + | EDI: JPMORGANCHASE | Feb 12 2026 04:28:00 | Chase Southwest, PO Box 15298, Wilmington, DE 19850-5298 |
| 15234608 | | EDI: JPMORGANCHASE | Feb 12 2026 04:28:00 | Chase United, PO Box 15298, Wilmington, DE 19850-5298 |
| 15234609 | + | EDI: CITICORP | Feb 12 2026 04:28:00 | Citi Rewards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15234610 | + | EDI: CITICORP | Feb 12 2026 04:28:00 | Citibank, Attn Bankruptcy Department, PO Box 790046, St. Louis, MO 63179-0046 |
| 15234611 | + | EDI: CITICORP | Feb 12 2026 04:28:00 | Citibank/The Home Depot, PO Box 790046, St Louis, MO 63179-0046 |
| 15234612 | + | EDI: WFNNB.COM | Feb 12 2026 04:28:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15234613 | + | EDI: WFNNB.COM | Feb 12 2026 04:28:00 | Comenity Bank/Pier 1, Attn Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15234614 | + | EDI: WFNNB.COM | Feb 12 2026 04:28:00 | ComenityBank/Venus, PO Box 182789, Columbus, OH 43218-2789 |
| 15234624 | + | EDI: DISCOVER | Feb 12 2026 04:28:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15234626 | + | Email/Text: bankruptcynotices@ecolab.com | Feb 11 2026 23:28:00 | Ecolab Inc, 1 Ecolab Pl, St Paul, MN 55102-2739 |
| 15234634 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 11 2026 23:28:00 | Goldman Sachs Bank USA, Attn Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15234648 | | Email/Text: rselim@keglogistics.com | Feb 11 2026 23:28:00 | Keg Logistics, 9110 E Nichols Ave, Suite 105, Centennial, CO 80112 |
| 15234655 | + | Email/Text: bankruptcy@liveoak.bank | Feb 11 2026 23:28:00 | Live Oak Bank, 1741 Tiburon Dr, Wilmington, NC 28403-6244 |
| 15234656 | + | EDI: CITICORP | Feb 12 2026 04:28:00 | Macys/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15234662 | + | Email/Text: lossmitigation@missionfed.com | Feb 11 2026 23:28:00 | Mission Federal Credit Union, Attn Bankruptcy, PO Box 919023, San Diego, CA 92191-9023 |
| 15234661 | + | Email/Text: lossmitigation@missionfed.com | Feb 11 2026 23:28:00 | Mission Federal Credit Union, 5785 Oberlin Dr 3rd Fl, San Diego, CA 92121-3749 |
| 15234667 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 11 2026 23:28:00 | Nelnet, Attn Claims, PO Box 82561, Lincoln, NE 68501-2561 |
| 15234668 | + | Email/Text: mtgbk@shellpointmtg.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 11 2026 23:28:00 | Newrez, Attn Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15234670 | ^ | MEBN | | |
| | | | Feb 11 2026 23:27:15 | OnPath Federal CU, Attn Bankruptcy, Po Box 961, Roanoke, TX 76262-0961 |
| 15234675 | + | Email/Text: bkdepartment@rtresolutions.com | | |
| | | | Feb 11 2026 23:28:00 | Real Time Resolutions, Attn Bankruptcy, PO Box 36655, Dallas, TX 75235-1655 |
| 15234678 | ^ | MEBN | | |
| | | | Feb 11 2026 23:28:07 | San Diego County Treasurer, Tax Collector, 1600 Pacific Highway Room 162, San Diego, CA 92101-2477 |
| 15234688 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Syncb/athleta Dc, Attn Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15234689 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Synchrony Bank/Amazon, Attn Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15234690 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Synchrony Bank/Banana Republic, Attn Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 15234691 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Synchrony Bank/TJX, Attn Bankruptcy, POO Box 965060, Orlando, FL 32896-0001 |
| 15234692 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Synchrony/CareCredit, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 15234693 | + | EDI: SYNC | | |
| | | | Feb 12 2026 04:28:00 | Synchrony/PayPal Credit, Attn Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15234694 | + | EDI: CITICORP | | |
| | | | Feb 12 2026 04:28:00 | The Home Depot CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15234699 | | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Feb 11 2026 23:28:00 | US Small Business Admin, PO Box 3918, Portland, OR 97208-3918 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15234618 | | County of San Diego, Dept of Social Services |
| 15234666 | | Mortgage Electronic, Registration Systems |
| 15234595 | ##+ | Brad Smith, 707 North Street, Boulder, CO 80304-3221 |
| 15250647 | ##+ | One Source Industries LLC, 2850 Red Hill Ave Ste 110, Santa Ana, CA 92705-5537 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bernard Kornberg | on behalf of Creditor Live Oak Banking Company bernie.kornberg@millernash.com edgar.rosales@millernash.com |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Michael Nicholas Nicastro | on behalf of Debtor Martin Anthony Mendiola courtfiling@nicastropc.com |
| Michael Nicholas Nicastro | on behalf of Joint Debtor Virginia Ellen Morrison courtfiling@nicastropc.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 5